CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED,

JUN 0 9 2006

JOHN F. CORCORAN, CLERK
BY: /s/ *illegible*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PETER ODIGHIZUWA,<br>    Plaintiff, | Civil Action No. 7:06CV00185 |
| v. | **ORDER** |
| WARDEN TRACY RAY, et al.,<br>    Defendants. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is now

**ORDERED**

as follows:

1. The plaintiff's claim against Dr. Williams shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1);

2. Dr. Williams shall be and hereby is **TERMINATED** from the case;

3. The Clerk shall attempt service of process in the usual manner upon the remaining defendants: Tracy Ray, Lieutenant Mullins, Lieutenant Younce, Lieutenant Rose, Sergeant Day, and Captain Taylor; and

4. The Clerk is directed to forward a copy of the plaintiff's signed consent to withholding form to the Trust Accounts Officer at plaintiff's current place of confinement, and the collection of the $250.00 fee shall commence. The Trust Accounts Officer at the plaintiff's current place of confinement, and at all subsequent places of confinement/incarceration is hereby authorized to collect the fees as agreed to by the plaintiff on the signed consent form, and to remit such

fees in accordance with the Prison Litigation Reform Act of 1995, as enacted by Congress on April 26, 1996. The trust officer at the plaintiff's present institution is requested to place the signed consent to withholding form in the plaintiff's file so that it might accompany the inmate in the event of his transfer. Should the inmate be transferred to another institution, the balance due for the civil action will be inserted in inmate's file so that the appropriate officer at the next institution will remit the monies owed to the Clerk, P. O. Box 1234, Roanoke, VA 24006.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

**ENTER:** This 9th day of June, 2006.

*/s/ Glen C. Conrad*
United States District Judge