CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 13 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PETER ODIGHIZUWA, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:06CV00185 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRACY RAY, et al., | ) | By: Hon. Glen E. Conrad |
|     Defendants. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the plaintiff's motions for a preliminary injunction (docket #5 and #31) shall be and hereby are **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 13th day of July, 2006.

_____
United States District Judge