CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 24 2006

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PETER O. ODIGHIZUWA,<br>    Plaintiff, | Civil Action No. 7:06CV00185 |
| v. | **FINAL ORDER** |
| WARDEN TRACY RAY, et al.,<br>    Defendants. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is now

**ORDERED**

as follows:

1. The defendants' motion for summary judgment shall be and hereby is **GRANTED**;

2. The defendants' motion to stay shall be and hereby is **DENIED** as moot;

3. The plaintiff's motion for reconsideration shall be and hereby is **DENIED** as moot; and

4. This action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 24th day of October, 2006.

                                                              _____
                                                              United States District Judge